454 A.2d 177

Universal Guardian Corp. v. Smith, et ux., Appellants.

Argued December 8, 1981. Timothy D. Sheffey, for appellants; Michael J. Glasheen, for appellee.

636

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.